UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23 MJ 8058 SRW-1 |
| TRISTAN DAVIS, | ) ) ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

The United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Cassandra J. Wiemken, Assistant United States Attorney for the District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with one count of carjacking in violation of Title 18, United States Code, Sections 2119 and 2.

2. Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against defendant, the Defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by Defendant's release warrant Defendant's detention pending trial.

3. As stated in the complaint affidavit, Defendant is charged with aiding and abetting the armed carjacking of a senior citizen, G.M. During the carjacking, the carjackers brandished a red

AR-style pistol and pushed the victim (G.M.) out of the Mercedes she was in, injuring her finger. Defendant admitted to his role in the carjacking. Given these disturbing facts, there are no conditions that will ensure the safety of the community.

4.  Because Defendant has admitted to the crime, the evidence is also strong, incentivizing Defendant to flee. The United States anticipates bringing additional charges against Defendant, including a brandishing of a firearm in furtherance of a crime of violence charge, which has a mandatory minimum of seven years.

5.  Additionally, Defendant is being held in relation to state charges.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Cassandra J. Wiemken*
CASSANDRA J. WIEMKEN, #91586(KY)
Assistant United States Attorney